UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| CHRISTOPHER PITZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>INESSA GONZALEZ,<br><br>　　　　　Respondent. | Case No. 25-cv-004454-LJC<br><br>**ORDER GRANTING MOTION TO EXPEDITE** |

　　　　Having considered Petitioner, Christopher Pitz's, Motion Local Rule 6-1 and 6-3 Motion to Expedite Proceedings Pursuant to Hague Convention Law ("Motion to Expedite"), which is not objected to by Respondent, Inessa Gonzalez, and the Court having found the reasons set forth in the Motion to Expedite and supporting declaration establish compelling good cause to grant the relief requested therein, it is hereby:

　　　　1.　　ORDERED, that the Motion to Expedite is hereby GRANTED; and it is further

　　　　2.　　ORDERED, that the initial case management conference in this matter shall be further expedited. The initial case management conference previously set for July 10, 2025 at 1:30 p.m. is ADVANCED to June 17, 2025 at 10:30 a.m, to occur by Zoom webinar video conference. Access instructions are available at https://cand.uscourts.gov/ljc/; and it is further

　　　　3.　　ORDERED, that the parties shall file a joint case management statement no later than seven (7) calendar days in advance of the initial case management conference, which should address the possibility of an expedited trial schedule; and it is further

　　　　4.　　ORDERED, that the children's United States passports shall be held by the Clerk of this Court during the pendency of this case; and it is further

//

//

2

5.  ORDERED, that except as otherwise modified herein, the state court's temporary orders (Dkt. No. 1-4 at 4) remain in effect pending further order of this Court.

Dated: June 5, 2025

_____
Hon. Lisa J. Cisneros