1  SEYMOUR FAMILY LAW
   Brent D. Seymour (SBN 148737)
2  940 Adams Street, Suite C
   Benicia, CA  94510
3  (707) 297-6686

4  Attorneys for Respondent

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11            SITTING AS A TREATY TRIBUNAL UNDER
      ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION
      CONCURRENT JURISDICTION CONFERRED BY 22 U.S.C. 9001, ET SEQ.

13 CHRISTOPHER PITZ,                    Case No.  3:25-cv-04454-LJC

14     Petitioner,                      STIPULATION OF THE PARTIES WITH
                                        REGARD TO EXTENSION OF TIME FOR
15     vs.                              RESPONDENT TO FILE ANSWER TO
                                        PETITION.
16 INESSA GONZALEZ,

17     Respondent.

19              The Convention on the Civil Aspects
                of International Child Abduction,
20        done at the Hague on 25 Oct. 1980 [The Convention]
                         ---------------
21              International Child Abduction Remedies Act
                        22 U.S.C. 9001 et seq.

Stipulation re Extension of Time.

1  The Parties, by and through their respective counsel, hereby stipulate that Respondent shall have a brief extension of time to file her Answer to the Petition, which was due on June 6, 2025. Petitioner does not object to Respondent having until June 10, 2025 to file the Answer.

Dated: June 9, 2025                                  MILES & STOCKBRIDGE P.C.

                                            by:  /s/ Kelly Powers
                                                 Stephen J. Cullen, *Admitted Pro hac vice*
                                                 Kelly A. Powers, *Admitted Pro hac vice*
                                                 James A. Sullivan, Jr., *Admitted Pro hac vice*
                                                 Katherine E. Coyle, *Admitted Pro hac vice*


Dated: June 9, 2025                                  HOOVER KREPELKA, LLP

                                            by:  /s/ Patricia M. Zerbini
                                                 Patricia M. Zerbini, SBN: 266008

                                                 Attorneys for Petitioner
                                                 Christopher Pitz


Dated: June 9, 2025                                  SEYMOUR FAMILY LAW

                                            by:  /s/ Brent Seymour
                                                 Brent D. Seymour
                                                 Attorneys for Respondent, Inessa Gonzalez

**IT IS SO ORDERED**
**Date:** June 9, 2025

_____
U.S. Magistrate Judge, Northern District of California

Stipulation re Extension of Time.