UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PITZ, | Case No. 25-cv-04454-LJC |
| Plaintiff, | |
| v. | **CASE MANAGEMENT SCHEDULE** |
| INESSA GONZALEZ, | |
| Defendant. | |

**A.     Case Schedule**

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Initial disclosures (if not already served): | June 27, 2025 |
| Deadline to join parties and amend pleadings:[1] | July 3, 2025 |
| Service of written discovery requests: | July 7, 2025 |
| Written discovery responses: | July 21, 2025 |
| Opening expert reports and disclosures: | July 21, 2025 |
| Opening affidavits of foreign law: | July 21, 2025 |
| Rebuttal affidavits of foreign law: | July 28, 2025 |
| Rebuttal expert reports and disclosures: | August 4, 2025 |
| Discovery cut-off: | August 8, 2025 |
| Pretrial conference statement: | August 12, 2025, 1:00 PM |

---

[1] This Order is not intended to grant prospective leave to amend or add parties when such leave would otherwise be required. A motion for leave to amend or add parties filed on or before this date must satisfy any otherwise-applicable standard for such leave. A motion filed after this date must also meet the standard to modify a scheduling order. *See* Fed. R. Civ. P. 16(b)(4).

| | | |
|---|---|---|
| 1 | Witness lists and exhibit lists:[2] | August 12, 2025, 1:00 PM |
| 2 | Pretrial conference: | August 15, 2025, 2:00 PM |
| 3 | Three-day bench trial: | August 25–27, 2025 |

The parties shall reserve August 28, 2025 in case it is needed due to unexpected delays in the trial, at the discretion of the Court. The Court may schedule proceedings around other matters set for that day, and the parties should not count on trial extending to that day.

All court dates are in Courtroom G of the San Francisco courthouse.

### B.    Motions and Briefing Schedules

In light of the expedited schedule for this case, the briefing and hearing schedule for any noticed motion that would otherwise be governed by Civil Local Rules 7-1(a), 7-2, and 7-3 is modified as follows.[3] Any such motion shall be noticed for hearing no earlier than fourteen days after it is filed and shall not exceed fifteen pages. An opposition brief shall be filed no later than seven days after the motion is filed and shall not exceed fifteen pages. An optional reply brief may be filed no later than noon three days after the opposition brief is due and shall not exceed seven pages. Rule 6(a)(1)(C) of the Federal Rules of Civil Procedure shall not extend time for the filing of a reply under this schedule (but applies normally to other deadlines in this case).

The parties shall not file motions for summary judgment without leave of court, which may be sought through a stipulation and proposed order or through an administrative motion under Civil Local Rule 7-11.

Any challenge to the admissibility of expert opinion evidence at trial, including under the *Daubert* standard, shall be raised by motion in limine.

### C.    Pretrial Filings

The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc. The Court recognizes that the usual schedule stated therein is not fully consistent with this Order and the expedited nature of the

---

[2] And service of electronic copies of exhibits.
[3] This paragraph does not modify the Court's procedures for discovery disputes, as stated in section F.5 of the Standing Order for Magistrate Judge Lisa J. Cisneros.

case.  To the extent there are direct conflicts, this Order controls.  The parties shall file no later than July 1, 2025 either a stipulation and proposed order or a joint statement of their competing positions as to any other modifications to that Standing Order that they believe are appropriate.

**IT IS SO ORDERED.**

Dated:

LISA J. CISNEROS
United States Magistrate Judge