UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PITZ,<br><br>    Plaintiff,<br><br>v.<br><br>INESSA GONZALEZ,<br><br>    Defendant. | Case No. 25-cv-04454-LJC<br><br>**ORDER REGARDING STIPULATION TO MODIFY PRETRIAL DEADLINES**<br><br>Re: Dkt. No. 48 |

Having reviewed the parties' Stipulation (ECF No. 48), the Court sets the following deadlines:

| Event | Parties' Proposal | Court's Deadline |
|---|---|---|
| Exchange any proposed Motions in Limine | August 8, 2025 | August 8, 2025 |
| Trial briefs, including on disputed areas of law, procedure, and evidentiary issues[1] | August 14, 2025 | August 12, 2025 1:00 PM |
| Statements designating excerpts from discovery pursuant to Civil Local Rule 16-10(b)(10) | August 14, 2025 | August 12, 2025 1:00 PM |
| Pretrial meet-and-confer | August 8, 2025 | August 8, 2025 |
| Filing of motions in limine | August 14, 2025 | August 12, 2025 1:00 PM |

---

[1] The parties proposed separate (but identical) deadlines for "Trial Briefs" and "LR 16-10(b)(8) Filing briefs on disputed areas of law, procedural, and evidentiary issues." In the Court's view, trial briefs encompass those issues.

Except as modified by this Order or another order of the Court (including but not limited to the June 17, 2025 Case Management Schedule, ECF No. 31), the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros remains in effect.

**IT IS SO ORDERED.**

Dated: July 2, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge