Hoover ♦ Krepelka, LLP
TRAVIS I. KREPELKA, SBN 238180
  *Certified Family Law Specialist*
PATRICIA M. ZERBINI, SBN 266004
1520 The Alameda, Suite 200
San Jose, CA 95126
(408) 947-7600

Miles & Stockbridge P.C.
Stephen J. Cullen, *Pro hac vice*
scullen@milesstockbridge.com
Kelly A. Powers, *Pro hac vice*
kpowers@milesstockbridge.com
James A. Sullivan, Jr*., Pro hac vice*
jsulliva@milesstockbridge.com
Katherine E. Coyle, *Pro hac vice*
kcoyle@milesstockbridge.com
1201 Pennsylvania Ave., N.W.
Suite 900
Washington, D.C. 20004
(202) 465-8374
(410) 773-9100 (fax)

Attorneys for Petitioner,
CHRISTOPHER PITZ

GIBSON, DUNN & CRUTCHER LLP
THAD A. DAVIS, SBN 220503
  TDavis@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306

ROMMY FLORES, SBN 298770
  rflores@gibsondunn.com
GREGORY BODEN, SBN 301779
  gboden@gibsondunn.com
DANIELLE HESSE, SBN 318321
  dhesse@gibsondunn.com
333 South Grand Avenue, Suite 4600
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

Attorneys for Respondent,
INESSA GONZALEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| CHRISTOPHER PITZ, <br><br> Petitioner, <br><br> v. <br><br> INESSA GONZALEZ, <br><br> Respondent. | Case No. 25-cv-004454-LJC <br><br> **STIPULATION OF THE PARTIES REGARDING DEADLINE FOR OBJECTIONS TO EXHIBITS** <br><br> Hon. Lisa J. Cisneros |

1
*Stipulation Regarding Deadlines for Objections to Exhibits*

1   The Parties, by and through their respective counsel, hereby stipulate as follows regarding the
2   deadlines for objections to exhibits: the parties agree that the time to file their respective objections to
3   exhibits shall be extended to Monday, August 18, 2025 at 1:00 P.M. (PST).

Dated: August 12, 2025      HOOVER KREPELKA, LLP

By:   /s/ Patricia M. Zerbini
      Patricia M. Zerbini, SBN: 266088

MILES & STOCKBRIDGE P.C.

By:   /s/ Stephen J. Cullen
      Stephen J. Cullen, *Pro hac vice*
      Kelly A. Powers, *Pro hac vice*
      James A. Sullivan, Jr., *Pro hac vice*
      Katherine E. Coyle, *Pro hac vice*

      *Attorneys for Petitioner*

Dated: August 12, 2025      GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Rommy Flores
      Thad A. Davis
      Rommy Flores
      Gregory Boden
      Danielle Hesse

      *Attorneys for Respondent*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of August, 2025, a copy of the foregoing paper was filed and served via ECF on all counsel of record.

/s/ James A. Sullivan, Jr.
James A. Sullivan, Jr., *Pro hac vice*

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3   August 18, 2025
    Date                                    _____
                                             Magistrate Judge Lisa J. Cisneros