UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHRISTOPHER PITZ, | Case No. 25-cv-04454-LJC |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING REQUEST FOR DISMISSAL WITH PREJUDICE** |
| INESSA GONZALEZ, | Re: Dkt. No. 135 |
| Defendant. | |

The Court has reviewed Petitioner's Notice Requesting Dismissal with Prejudice (ECF No. 135) and the parties' Joint Status Report indicating that all conditions for dismissal in the parties' settlement agreement have been satisfied (ECF No. 134). Petitioner's request is GRANTED, and this case is hereby DISMISSED WITH PREJUDICE.[1] The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: September 9, 2025

LISA J. CISNEROS
United States Magistrate Judge

---

[1] The parties consented to the jurisdiction of a magistrate judge for all purposes under 28 U.S.C. § 636(c).